UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-06144-CR-HURLEY

UNITED STATES OF AMERICA,
   Plaintiff,

v.

EARL CLIVE JOHNSON,
   Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on February 6, 2009. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served.**

2. Upon completion of this term of imprisonment, supervision shall be terminated.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 7 day of February, 2009.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Emalyn Webber
AFPD Panayotta Augustin-Birch
U.S. Marshal Service
U.S. Probation Office